**Gordon & Rees LLP**
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION DISTRICT

| | |
|---|---|
| JASON TONNESSEN,<br><br>          Plaintiff,<br><br>vs.<br><br>CLIENT SERVICES, INC.,<br><br>          Defendant. | Case No.  10 CV 0310 BTM BLM<br><br>ORDER APPROVING STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO ANSWER, PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

WHEREAS, the Court has reviewed the parties' Stipulation Re Extension of Time for Defendant to Answer, Plead or Otherwise Respond to Plaintiff's Complaint; and WHEREAS, good cause exists for the approval of the Stipulation;

**IT IS HEREBY ORDERED** that the Stipulation be and hereby is approved.

**IT IS FURTHER ORDERED** that Defendant CLIENT SERVICES, INC. has up to and including May 5, 2010, to answer, plead or otherwise respond to the Complaint.

Dated: April 21, 2010

_____
UNITED STATES DISTRICT JUDGE

CG/1062205/7810512v.1

-1-

**ORDER APPROVING STIPULATION RE EXTENSION OF TIME TO RESPOND TO RESPOND TO PLAINTIFF'S COMPLAINT – Case No. 10 CV 0310 BTM BLM**